FILED MAR 13 '06 14:46 USBCRI

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

CA 06 129ML

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Brushy Brook Development Company, LLC | : | Case No. 05-13009 |
| | : | |
| | : | |
| Debtor | : | |

# NOTICE OF APPEAL

Brushy Brook Development Company, LLC ("Brushy Brook"), the above-captioned debtor, appeals under 28 U.S.C. § 158(a) to the United States District Court for the District of Rhode Island, from the following judgment, order, and decree, of the bankruptcy judge:

1. Order Denying Motion to Dismiss Case entered March 1, 2006, (Docket No. 107) (copy attached as Exhibit A);

The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| Appellant | Counsel |
|---|---|
| Brushy Brook Development Company, LLC<br><br>Debtor | Theodore Orson<br>Stephen J. Brouillard<br>Orson and Brusini Ltd.<br>55 Dorrance Street, Suite 400<br>Providence, RI 02903<br>(401) 223-2100<br>Torson@orsonandbrusini.com |

| Appellee | Counsel |
|---|---|
| Intergolf Designs, Inc.<br>James Ottenbacher<br>Charles Fogarty<br><br>Former Petitioning Creditors | John Boyajian<br>Boyajian Harrington & Richardson<br>182 Waterman Street<br>Providence, RI 02906<br>(401) 273-9600<br>Email: john@bhrlaw.com |

| Interested Parties | Counsel |
|---|---|
| Flash Island, Inc. | Peter J. Furness<br>Brennan, Recupero, Cascione,<br>Scungio & McAllister<br>362 Broadway<br>Providence, RI 02909<br>(401) 454-2300 |
| Boulder Brook Development Company, LLC | Thomas E. Carlotto<br>SHECHTMAN HALPERIN SAVAGE, LLP<br>1080 Main Street<br>Pawtucket, RI 02860<br>(401) 272-1400 phone<br>(401) 272-1403 fax |
| U.S. Trustee | Leonard DePasquale<br>US Trustee's Office<br>Room 910<br>10 Dorrance Street<br>Providence, RI 02903<br>(401) 528-5551 |
| Chapter 7 Trustee | Charles A. Pisaturo, Jr.<br>Law Offices of Charles A. Pisaturo Jr.<br>1055 Elmwood Avenue<br>Providence, RI 02907-2817<br>(401) 274-3800 |

Dated: March 13, 2006

Respectfully submitted,

Theodore Orson, Esq. # 3871
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 223-2100
(401) 861-3103 fax
Torson@orsonandbrusini.com

*Attorneys for Appellant Brushy Brook Development Company, LLC, Debtor*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 13th day of March, 2006, a copy of the foregoing *Notice of Appeal* was served upon those parties listed on the General Service List below by regular U.S. Mail, postage prepaid.

## GENERAL SERVICE LIST AS OF MARCH 13, 2006

| | |
|---|---|
| Intergolf Designs, Inc.<br>James Ottenbacher<br>Charles Fogarty<br>Attn: John Boyajian<br>Boyajian Harrington & Richardson<br>182 Waterman Street<br>Providence, RI 02906<br>(401) 273-9600<br>Email: john@bhrlaw.com | Boulder Brook Development Company, LLC<br>Thomas Carlotto, Esq.<br>Shechtman Halperin Savage, LLP<br>1080 Main Street<br>Pawtucket, RI 02860 |
| Flash Island, Inc.<br>Peter J. Furness, Esq.<br>Brennan, Recupero, Cascione, Scungio & McAllister, LLP<br>362 Broadway<br>Providence, RI 02909 | United States Trustee<br>Office of the United States Trustee<br>10 Dorrance Street<br>Providence, RI 02903 |
| Chapter 7 Trustee<br>Charles A. Pisaturo, Jr.<br>Law Offices of Charles A. Pisaturo Jr.<br>1055 Elmwood Avenue<br>Providence, RI 02907-2817 | Ralph Palumbo<br>Vincent Indeglia, Esq.<br>INDEGLIA & ASSOCIATES<br>Attorneys at Law<br>1485 So. County Tr.<br>Ste. 200<br>East Greenwich, RI 02818 |
| Brushy Brook Management Company, LLC<br>Attn: Grant Schmidt, Manager<br>142 North Main Street<br>London, OH 93140 | |