CA 06 128

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 05-13009 [CA] [BAP] #
2. Title of Bankruptcy Case Brushy Brook Development Company, LLC
3. Appellant: Brushy Brook Development Company LLC

   Name & Address of Counsel for Appellant(s):

   Theodore Orson, Orson & Brusini, Ltd. 55 Dorrance Street Suite 400, Providence RI 02903, (401) 223-2100

4. Appellee: Intergolf Designs, Inc.; James Ottenbacher, Charles Fogarty

   Name & Address of Counsel for Appellee(s):

   John Boyajian, Boyajian, Harrington & Richardson, 182 Waterman Street, Providence RI 02906 (401) 273-9600

5. Additional Counsel: Charles A. Pisaturo, Chapter 7 Trustee 1055 Elmwood Avenue, Providence RI 02907 (401) 274-3800

   Office of the U. S. Trustee, 10 Dorrance Street, Providence, RI 02903 (401) 528-5551

6. Related Case(s) on Appeal: Yes______ No_______
7. Special Comments: There are 4 (Four) separate appeals of 4 separate orders of the Bankruptcy Court: Order #84 dated 1/26/06; Order #105 dated 3/1/06; Order #107 dated 3/1/06; Order #108 dated 3/3/06