***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

| | |
|---|---|
| In Re: **Brushy Brook Development Company, LLC**<br><br>Debtor(s) | BK No. **1:05–bk–13009**<br><br>Chapter **7** |

***Order Denying Document (doc# 16 ) After Hearing***

***Re: Motion to Dismiss***

Upon consideration of theabove entitled document and any objection or response thereto, and after hearing, IT IS ORDERED that for the reasons stated by the Court in its bench decision which are incorporated herein by reference, the Document (doc# 16 ) is **DENIED** .

Judgment #: 1:05–bk–13009 – 107 – 16

***ORDER:***

By: **LLC**
Deputy Clerk

***ENTER:***

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **3/1/06**

Entered on Docket: **3/1/06**
Document Number: **107 – 16**

odmaah.jsp #120

**Exhibit A**