FILED MAR 13 '06 14:46 USBCRI

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Brushy Brook Development Company, LLC | : | Case No. 05-13009 |
| | : | |
| | : | |
| Debtor | : | |

# NOTICE OF APPEAL

Brushy Brook Development Company, LLC ("Brushy Brook"), the above-captioned debtor, appeals under 28 U.S.C. § 158(a) to the United States District Court for the District of Rhode Island, from the following judgment, order, and decree, of the bankruptcy judge:

1. Order Denying Motion to Dismiss Case entered March 1, 2006, (Docket No. 107) (copy attached as Exhibit A);

The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:



123

| Appellant | Counsel |
|---|---|
| Brushy Brook Development Company, LLC<br><br>Debtor | Theodore Orson<br>Stephen J. Brouillard<br>Orson and Brusini Ltd.<br>55 Dorrance Street, Suite 400<br>Providence, RI 02903<br>(401) 223-2100<br>Torson@orsonandbrusini.com |

| Appellee | Counsel |
|---|---|
| Intergolf Designs, Inc.<br>James Ottenbacher<br>Charles Fogarty<br><br>Former Petitioning Creditors | John Boyajian<br>Boyajian Harrington & Richardson<br>182 Waterman Street<br>Providence, RI 02906<br>(401) 273-9600<br>Email: john@bhrlaw.com |

| Interested Parties | Counsel |
|---|---|
| Flash Island, Inc. | Peter J. Furness<br>Brennan, Recupero, Cascione,<br>Scungio & McAllister<br>362 Broadway<br>Providence, RI 02909<br>(401) 454-2300 |
| Boulder Brook Development Company, LLC | Thomas E. Carlotto<br>SHECHTMAN HALPERIN SAVAGE, LLP<br>1080 Main Street<br>Pawtucket, RI 02860<br>(401) 272-1400 phone<br>(401) 272-1403 fax |
| U.S. Trustee | Leonard DePasquale<br>US Trustee's Office<br>Room 910<br>10 Dorrance Street<br>Providence, RI 02903<br>(401) 528-5551 |
| Chapter 7 Trustee | Charles A. Pisaturo, Jr.<br>Law Offices of Charles A. Pisaturo Jr.<br>1055 Elmwood Avenue<br>Providence, RI 02907-2817<br>(401) 274-3800 |

Dated: March 13, 2006

Respectfully submitted,

Theodore Orson, Esq. # 3871
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 223-2100
(401) 861-3103 fax
Torson@orsonandbrusini.com

*Attorneys for Appellant Brushy Brook Development Company, LLC, Debtor*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 13th day of March, 2006, a copy of the foregoing *Notice of Appeal* was served upon those parties listed on the General Service List below by regular U.S. Mail, postage prepaid.

## GENERAL SERVICE LIST AS OF MARCH 13, 2006

| | |
|---|---|
| Intergolf Designs, Inc.<br>James Ottenbacher<br>Charles Fogarty<br>Attn: John Boyajian<br>Boyajian Harrington & Richardson<br>182 Waterman Street<br>Providence, RI 02906<br>(401) 273-9600<br>Email: john@bhrlaw.com | Boulder Brook Development Company, LLC<br>Thomas Carlotto, Esq.<br>Shechtman Halperin Savage, LLP<br>1080 Main Street<br>Pawtucket, RI 02860 |
| Flash Island, Inc.<br>Peter J. Furness, Esq.<br>Brennan, Recupero, Cascione, Scungio & McAllister, LLP<br>362 Broadway<br>Providence, RI 02909 | United States Trustee<br>Office of the United States Trustee<br>10 Dorrance Street<br>Providence, RI 02903 |
| Chapter 7 Trustee<br>Charles A. Pisaturo, Jr.<br>Law Offices of Charles A. Pisaturo Jr.<br>1055 Elmwood Avenue<br>Providence, RI 02907-2817 | Ralph Palumbo<br>Vincent Indeglia, Esq.<br>INDEGLIA & ASSOCIATES<br>Attorneys at Law<br>1485 So. County Tr.<br>Ste. 200<br>East Greenwich, RI 02818 |
| Brushy Brook Management Company, LLC<br>Attn: Grant Schmidt, Manager<br>142 North Main Street<br>London, OH 93140 | |

***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

| | |
|---|---|
| In Re: **Brushy Brook Development Company, LLC**<br><br>Debtor(s) | BK No. **1:05–bk–13009**<br><br>Chapter **7** |

***Order Denying Document (doc# 16 ) After Hearing***

***Re: Motion to Dismiss***

Upon consideration of theabove entitled document and any objection or response thereto, and after hearing, IT IS ORDERED that for the reasons stated by the Court in its bench decision which are incorporated herein by reference, the Document (doc# 16 ) is **DENIED** .

Judgment #: 1:05–bk–13009 – 107 – 16

***ORDER:***

By: **LLC**
Deputy Clerk

***ENTER:***

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **3/1/06**

Entered on Docket: **3/1/06**
Document Number: **107 – 16**

odmnab.jsp #120

**Exhibit A**