Form 332 332.jsp

**UNITED STATES BANKRUPTCY COURT**
District of Rhode Island

Chapter: 7 Case No.: 1:05−bk−13009
Judge: Arthur N. Votolato

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Brushy Brook Development Company, LLC
Attn: Grant Schmidt, Manager
142 North Main Street
London, OH 93140

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND APPROVAL OF BLANKET BOND**

1. The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

Charles A. Pisaturo Jr.
Law Offices of Charles A. Pisaturo Jr.
1055 Elmwood Avenue
Providence, RI 02907−2817

2. If the trustee rejects this selection, the trustee must notify the Court and the U.S. Trustee within five (5) days of receipt of this notice. Otherwise, the trustee will be deemed to have accepted the office of trustee.

Dated: 3/3/06

United States Trustee

REJECTION

I, Charles A. Pisaturo Jr. , hereby REJECT appointment as Trustee.
Dated: _______________

_______________________
Charles A. Pisaturo Jr.

NOTE: If rejected, file with the Court.