UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -x

In re: :

Stone Ridge, Inc. : BK No. 06-10590
Debtor(s) Chapter 7
:

- - - - - - - - - - - - - - - - -x

**ORDER FOR RELIEF**

Upon consideration of the involuntary petition filed on June 20, 2006, against the above-named debtor, and without an answer having been filed thereto, an order for relief under chapter 7 of Title 11 of the United States Code is hereby GRANTED. The Clerk shall enter the order for relief forthwith.

ORDER:

ENTER:

______________________
Deputy Clerk

______________________
Arthur N. Votolato
U.S. Bankrupty Judge
Date: 7/14/06

Entered on Docket: 7/14/06