IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRUSHY BROOK DEVELOPMENT
COMPANY, LLC,
Appellant,

v. Case No. 06-127 ML
06-128 ML
06-129 ML

INTERGOLF DESIGNS, INC., ET AL.,

Appellees

MEMORANDUM IN SUPPORT OF MOTION TO DISMISS
APPEALS FILED BY CHARLES A. PISATURO, JR.
IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR APPELLANT
BRUSHY BROOK DEVELOPMENT COMPANY, L.L.C.

Charles A. Pisaturo, Jr., the duly appointed chapter 7 bankruptcy trustee (hereinafter, the "Trustee") in the bankruptcy case of Brushy Brook Development Company, L.L.C.., (hereinafter, "Brushy Brook") BK. No. 05-13009, United States Bankruptcy Court for the District of Rhode Island, hereby states as follows in support of his contemporaneously filed Motion to Dismiss the above captioned appeals:

**Facts**:

1. On or about August 16, 2005, an involuntary chapter 7 bankruptcy petition was filed against Brushy Brook in the United States Bankruptcy Court for the District of Rhode Island (BK. No. 05-13009).

2. On September 20, 2005, Brushy Brook filed a Motion to Dismiss the involuntary petition.

3. On January 24, 2006, Brushy Brook filed a Motion for Partial Summary Judgment in

BRUSHY BROOK DEVELOPMENT COMPANY, LLC,
Appellant,

v. Case No. 06-127 ML
06-128 ML
06-129 ML

INTERGOLF DESIGNS, INC., ET AL.,

Appellees

MEMORANDUM in SUPPORT of MOTION TO DISMISS APPEALS BY CHARLES A. PISATURO, JR. IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR APPELLANT BRUSHY BROOK DEVELOPMENT COMPANY, L.L.C.

the Bankruptcy Court.

4. On January 26, 2006, the Bankruptcy Court entered an order denying Brushy Brook's Motion For Partial Summary Judgment.

5. On March 1, 2006, the Bankruptcy Court entered an order denying Brushy Brook's Motion to Dismiss.

6. On March 1, 2006, the Bankruptcy Court entered an order for relief under chapter 7 of the Bankruptcy Code (11 U.S.C.§101 et.seq.) against Brushy Brook.

7. On March 3, 2006 the Bankruptcy Court appointed the Trustee as chapter 7 trustee of Brushy Brook.

8. On March 13, 2006, Brushy Brook, through its attorneys representing it in defense of the involuntary bankruptcy petition, filed three notices of appeal in the Bankruptcy Court, appealing the Bankruptcy Court orders referenced above in paragraphs 4, 5 and 6. Brushy Brook elected this Court to hear the appeals.

9. The three appeals have been docketed and assigned case numbers in this Court as set forth in the above referenced caption.

10. Stone Ridge, Inc. ("Stone Ridge") is a Rhode Island business corporation and the

BRUSHY BROOK DEVELOPMENT COMPANY, LLC,
Appellant,

v. Case No. 06-127 ML
06-128 ML
06-129 ML

INTERGOLF DESIGNS, INC., ET AL.,

Appellees

MEMORANDUM in SUPPORT of MOTION TO DISMISS APPEALS BY CHARLES A. PISATURO, JR. IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR APPELLANT BRUSHY BROOK DEVELOPMENT COMPANY, L.L.C.

parent corporation of Brushy Brook (i.e., Stone Ridge is the sole member of Brushy Brook).

11. On June 20, 2006, an involuntary bankruptcy petition for relief under chapter 7 was filed against Stone Ridge in the Bankruptcy Court, and on July 14, 2006, an order for relief entered against Stone Ridge. On July 20, 2006, the Bankruptcy Court appointed the Trustee as chapter 7 trustee of Stone Ridge.

12. The United States Bankruptcy Court for the District of Rhode Island, Bankruptcy Judge Arthur Votolato, stated on July 21, 2006 that the chapter 7 trustee is in full control of Brushy Brook.

13. On November 14, 2006, and only out of an abundance of caution, the Trustee filed a motion in the Stone Ridge bankruptcy case, requesting permission to use property of Stone Ridge (i.e., its 100% ownership of Brushy Brook) to effectuate the dismissal of the appeals. The Bankruptcy Court granted the Trustee's motion to use the property of Stone Ridge.

**Argument/Requested Relief**:

14. Appeals or motions for leave to appeal to the District Court from any judgment, order or decree of a bankruptcy judge shall be governed by the applicable provisions of Rules 8001 - 8020 of the Federal Rules of Bankruptcy Procedure. *L R Gen 109 (f).* Rule of Bankruptcy

BRUSHY BROOK DEVELOPMENT COMPANY, LLC,
Appellant,

v. Case No. 06-127 ML
06-128 ML
06-129 ML

INTERGOLF DESIGNS, INC., ET AL.,

Appellees

MEMORANDUM in SUPPORT of MOTION TO DISMISS APPEALS BY CHARLES A. PISATURO, JR. IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR APPELLANT BRUSHY BROOK DEVELOPMENT COMPANY, L.L.C.

Procedure 8001 (c)(2) permits a voluntary dismissal of an appeal.

15. The Trustee, as the party in control of the appellant Brushy Brook, and as the representative of the Brushy Brook bankruptcy estate (see 11 U.S.C.§323), hereby requests, pursuant to Federal Bankruptcy Rule of Procedure 8001(c)(2) that all of the appeals referenced above be dismissed forthwith.

16. The appeals do not benefit the bankruptcy estate of Brushy Brook and should be dismissed. The trustee has not authorized the appeals, nor does he approve of them.

WHEREFORE, the Trustee requests that this Court dismiss the three appeals, and for such other and further relief as is just.

Charles A Pisaturo, Jr.
Chapter 7 Trustee in Bankruptcy For
Brushy Brook Development Company, L.L.C.
By His Attorneys,

April 25, 2007

/s/Charles A. Pisaturo, Jr.

CHARLES A. PISATURO, JR. (REG. NO. 4615)
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, RI 02907
TEL: (401) 274-3800
FAX: (401) 751-6786

BRUSHY BROOK DEVELOPMENT COMPANY, LLC,
Appellant,

v. Case No. 06-127 ML
06-128 ML
06-129 ML

INTERGOLF DESIGNS, INC., ET AL.,

Appellees

MEMORANDUM in SUPPORT of MOTION TO DISMISS APPEALS BY CHARLES A. PISATURO, JR. IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR APPELLANT BRUSHY BROOK DEVELOPMENT COMPANY, L.L.C.

## CERTIFICATE OF SERVICE

Leonard J. DePasquale, Esq. (ECF)
Assistant United States Trustee
leonard.j.depasquale@usdoj.gov

John Boyajian, Esq. (ECF)
Boyajian Harrington & Richardson
john@bhrlaw.com

Matthew J. McGowan, Esq. (ECF)
Salter McGowan Sylvia & Leonard
mmcgowan@smsllaw.com

Peter J. Furness, Esq. (ECF)
Brennan Recupero Cascione et al.
pjf@brcm.com

Thomas E. Carlotto, Esq. (ECF)
Shechtman Halperin Savage
tec@shlawri.com

Theodore Orson, Esq.
Orson & Brusini Ltd.
torson@orsonandbrusini.com

Jerry Vande Werken, Esq.
Thompson Hine LLP
10 West Broad Street
Columbus, OH 43215

BRUSHY BROOK DEVELOPMENT COMPANY, LLC,
Appellant,

v. Case No. 06-127 ML
06-128 ML
06-129 ML

INTERGOLF DESIGNS, INC., ET AL.,

Appellees

MEMORANDUM in SUPPORT MOTION TO DISMISS APPEALS BY
CHARLES A. PISATURO, JR. IN HIS CAPACITY AS CHAPTER 7
TRUSTEE FOR APPELLANT BRUSHY BROOK DEVELOPMENT COMPANY, L.L.C.

Jerry.VandeWerken@ThompsonHine.com

Akhil M. Patel, Esq.
6273 Parkmeadow Lane
Hilliard, Ohio 43026
akhpatel@yahoo.com

Vincent Indeglia, Esq.
Indeglia & Associates
1485 So. County Trail, Suite 200
East Greenwich, Rhode Island 02818
Vaindeglia@aol.com

I hereby certify that on the 25TH day of April, 2007, I served by electronic filing (ECF), and /or by first class mail, postage pre-paid, a true copy of the within MEMORANDUM in SUPPORT of MOTION TO DISMISS APPEALS BY CHARLES A. PISATURO, JR. IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR APPELLANT BRUSHY BROOK DEVELOPMENT COMPANY, L.L.C. to the above named.

/s/ Charles A. Pisaturo, Jr.
Charles A. Pisaturo, Jr.

c:\clients\2947 trustee\brushy brook 2947.114\Brushy Brook Appeal\Mot Dis 4-25-07.wpd